No. 64. EASTERN AIR LINES, INC. *v.* FLIGHT ENGINEERS' INTERNATIONAL ASSOCIATION ET AL. C. A. 5th Cir. Certiorari denied. *E. Smythe Gambrell* and *W. Glen Harlan* for petitioner. *I. J. Gromfine* and *Herman Sternstein* for respondents. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas, Morton Hollander, Sherman L. Cohn* and *John C. Eldridge* for the United States, as *amicus curiae,* in support of the petition. [For earlier order herein, see 381 U. S. 908.]

No. 66. LIST *v.* LERNER, DBA LERNER & Co., ET AL. C. A. 2d Cir. Certiorari denied. *Arthur F. Driscoll, Edward C. Raftery, Milton M. Rosenbloom* and *Edmund C. Grainger, Jr.,* for petitioner. *Leonard I. Schreiber* for Lerner, and *William E. Friedman* for H. Hentz & Co. et al., respondents. *Acting Solicitor General Spritzer, Philip A. Loomis, Jr., David Ferber* and *Michael Joseph* for the United States, as *amicus curiae.* [For earlier order herein, see 381 U. S. 908.]

No. 68. SIGAL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Michael von Moschzisker* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.